# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hellen Owuor**, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**Wal-Mart Associates, Inc.**, a Delaware corporation; and **Does 1-10**, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-CV-02232-KJM-JDP<br><br>Assigned to Hon. Kimberly J. Mueller for all purposes<br><br>**[PROPOSED]** ORDER REGARDING JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE<br><br>Complaint filed:　　October 25, 2021<br>Date removed:　　December 3, 2021 |

**[PROPOSED] ORDER**

On October 11, 2023, the Parties submitted to the Court an executed Joint Stipulation to Continue the Settlement Conference. Upon review and consideration of the Parties' joint stipulation, and good cause appearing, it is hereby ordered the Settlement Conference currently scheduled for November 1, 2023, is continued to February 7, 2024.

IT IS SO ORDERED.

Dated:   October 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE